**Charles KINCAID, Individually and on Behalf of All Others Similarly Situated, et al., Plaintiffs–Appellants,**

v.

**Betty GIBSON, Individually and in Her Official Capacity as Vice President of Student Affairs of Kentucky State University, et al., Defendants–Appellees.**

No. 98–5385.

United States Court of Appeals, Sixth Circuit.

Nov. 29, 1999.

Before MARTIN, Chief Judge; MERRITT, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, and GILMAN, Circuit Judges.

## ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED,** that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as directed by the court.